UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BROOKE L. MOSHER,

       Plaintiff,

  v.

TRILL PROPERTIES, LLC, and ANDREW PFLEGER,

       Defendants.

Case No. 23-cv-462-JPG

## MEMORANDUM AND ORDER

      This matter comes before the Court on the Court's August 28, 2023, order to show cause (Doc. 14).  In that order and in a prior order (Doc. 10), the Court noted that there was no evidence in the record that service of process had been effected upon the defendants within 90 days after the filing of the complaint on February 13, 2023, as prescribed by Federal Rule of Civil Procedure 4(m).  This was despite clear instructions to plaintiff Brooke L. Mosher about how to have the United States Marshals Service serve the complaint for her (Docs. 10 & 14).  The Court gave Mosher until October 16, 2023, to show cause why this case should not be dismissed without prejudice for failure to timely effect service.  It further warned her that failure to respond in a timely manner to the order would result in dismissal of this action and stated that a return of service executed on the defendants would be a satisfactory response to the order to show cause.

      There has been no response to the order to show cause and no return of service filed.  Accordingly, as it warned it would, the Court **DISMISSES** this case **without prejudice** for failure to effect timely service as prescribed by Rule 4(m).  The Court **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED:  October 23, 2023**

                                                  s/ J. Phil Gilbert
                                                  **J. PHIL GILBERT**
                                                  **DISTRICT JUDGE**