UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BROOKE L. MOSHER,<br><br>          Plaintiff,<br><br>     v.<br><br>TRILL PROPERTIES, LLC, and ANDREW PFLEGER,<br><br>          Defendants. | Case No. 23-cv-462-JPG |

## JUDGMENT

This matter having come before the Court and the plaintiff having failed to serve any defendant,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED: October 23, 2023**            **MONICA A. STUMP, Clerk of Court**

                                       **s/ Tina Gray, Deputy Clerk**


**Approved:**     s/ J. Phil Gilbert
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**